| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | TODD A. PICKLES<br>LEE S. BICKLEY |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2746 |
| 6 | Attorneys for UNITED STATES OF AMERICA |

**FILED**

SEP 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SVETLANA DUBINSKY,
SERGE DOUBINSKI, and
ZINAYDA CHEKAYDA,

    Defendants.

CASE NO. 2:12-cr-00327 WBS

**REQUEST FOR UNSEALING OF INDICTMENT AND [PROPOSED] ORDER**

TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On September 13, 2012, the Honorable Kendall J. Newman issued an order sealing the Indictment in the above-referenced case until the arrest of the defendants or further order of the Court.

2. As of today, September 19, 2012, agents of the United States have arrested the defendant Serge Doubinski. It is now necessary to unseal the indictment so that the defendant may be fully apprised of the charges against him.

Order Unsealing Indictment

1

1   THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition
2   to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the
3   public record.

5   Dated: September 19, 2012                    Respectfully submitted,

                                                 BENJAMIN B. WAGNER
                                                 United States Attorney

                                          By:   /s/ Todd A. Pickles
                                                 TODD A. PICKLES
                                                 Assistant U.S. Attorney

The Court hereby orders that the Indictment in Case No. 2:12-cr-00327 WBS, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED: Sept. 19, 2012                            /s/ Kendall J. Newman

                                                 HON. KENDALL J. NEWMAN
                                                 United States Magistrate Judge
                                                 Eastern District of California

Order Unsealing Indictment                    2