```
 1
 2
 3
 4
 5
 6
 7                          UNITED STATES DISTRICT COURT
 8                         EASTERN DISTRICT OF CALIFORNIA
 9                                  ----oo0oo----
10  UNITED STATES OF AMERICA,
11             Plaintiff,              CR. NO. 2:12-00327 WBS
12             v.
13  SVETLANA DUBINSKY, SERGE
    DOUBINSKI, and ZINAYDA CHEKAYDA,
14
15             Defendants.
                                     /
16
17  UNITED STATES OF AMERICA,
18             Plaintiff,              CR. NO. 2:12-00328 JAM
19             v.
20  VOLODYMYR DUBINSKY, LEONID
    DOUBINSKI, EDWARD KHALFIN, and
21  ROBIN DIMICELI,
22             Defendants.
                                     /
23
    UNITED STATES OF AMERICA,
24
               Plaintiff,              CR. NO. 2:12-00329 LKK
25
               v.
26
    KORY SCHMIDLI,
27
               Defendant.
28                                   /
```

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA, |
| 2 |     Plaintiff,                  CR. NO. 2:12-00330 GEB |

```
1    UNITED STATES OF AMERICA,
2             Plaintiff,              CR. NO. 2:12-00330 GEB
3         v.
4    DIANNA WOODS,
5             Defendant.
6    _____/
7                         ----oo0oo----
8         Examination of the above-entitled actions reveals that
9    these actions are related within the meaning of Local Rule
10   123(a) because all four cases involve the same witnesses and
11   are based on the same or similar questions of fact and the same
12   questions of law.  Accordingly, the assignment of the matters
13   to the same judge is likely to effect a substantial saving of
14   judicial effort and is also likely to be convenient for the
15   parties.
16        The parties should be aware that relating the cases
17   under Local Rule 123 merely has the result that both actions
18   are assigned to the same judge; no consolidation of the actions
19   is effected.  Under the regular practice of this court, related
20   cases are generally assigned to the judge to whom the first
21   filed action was assigned.
22        IT IS THEREFORE ORDERED that the actions denominated
23   United States v. Dubinsky, Cr. No. 2:12-327 WBS, United States
24   v. Dubinsky, Cr. No. 2:12-328 JAM, United States v. Schmidli,
25   Cr. No. 2:12-329 LKK, and United States v. Woods, Cr. No.
26   2:12-330 GEB, be, and the same hereby are, deemed related and
27   the cases denominated United States v. Dubinsky, Cr. No.
28
```

2:12-328 JAM, United States v. Schmidli, Cr. No. 2:12-329 LKK, and United States v. Woods, Cr. No. 2:12-330 GEB, shall be reassigned to the Honorable WILLIAM B. SHUBB for all further proceedings.  Any dates currently set in the reassigned cases only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned cases shall be shown as United States v. Dubinsky, Cr. No. 2:12-328 WBS, United States v. Schmidli, Cr. No. 2:12-329 WBS, and United States v. Woods, Cr. No. 2:12-330 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:    September 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE