1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   LEE S. BICKLEY
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO. 2:12-CR-00327 WBS

12                     Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                       TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                        FINDINGS AND ORDER

14  SVETLANA DUBINKSY, *et al.*,

15                     Defendants.

16

17                          **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendants Svetlana

19  Dubinsky, Serge Doubinski, and Zinayda Chekayda, by and through their counsel of record, hereby

20  stipulate as follows:

21        1.      By previous order, this matter was set for status on May 6, 2013.

22        2.      By this stipulation, defendants now move to continue the status conference until August

23
24  5, 2013 and to exclude time between May 6, 2013 and August 5, 2013, under Local Code T4.  The

25  United States does not oppose this request.

26        3.      The parties agree and stipulate, and request that the Court find the following:

27             a.      The United States has represented that the discovery associated with this case

28
    includes investigative reports and related documents in electronic form, including approximately 40,000

    Stipulation for Continuance of Status Hearing and for        1
    Exclusion of Time

pages of discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.      Counsel for defendants desire additional time to consult with each of their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with each of their clients, to prepare pretrial motions and otherwise prepare for trial.

c.      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The United States does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 6, 2013 to August 5, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: May 1, 2013          BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ Todd A. Pickles
                            TODD A. PICKLES
                            LEE S. BICKLEY
                            Assistant United States Attorneys

                            For the UNITED STATES OF AMERICA


DATED: May 1, 2013          /s/ Todd A. Pickles for
                            PATRICK HANLY, ESQ.

                            For defendant SVETLANA DUBINSKY


DATED: May 1, 2013          SUGARMAN & CANNON

                            /s/ Todd A. Pickles for
                            CHRISTOPHER CANNON, ESQ.

                            For defendant SERGE DOUBINSKI


DATED: May 1, 2013          /s/ Todd A. Pickles for
                            SCOTT CAMERON, ESQ.

                            For defendant ZINAYDA CHEKAYDA


# O R D E R

    IT IS SO FOUND AND ORDERED this 2nd day of _May, 2013.


                            _____
                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE