BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00327 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| SVETLANA DUBINKSKY, *et al.*, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Svetlana Dubinsky, Serge Doubinski, and Zinayda Chekayda, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 5, 2013.

2. By this stipulation, defendants now move to continue the status conference until December 2, 2013 at 9:30 am and to exclude time between August 5, 2013 and December 2, 2013, under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The United States has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 40,000

Stipulation for Continuance of Status Hearing and for
Exclusion of Time

1

pages of discovery. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b.      Counsel for defendants desire additional time to consult with each of their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with each of their clients, to prepare pretrial motions and otherwise prepare for trial.

      c.      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The United States does not object to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 5, 2013 to December 2, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: August 1, 2013          BENJAMIN B. WAGNER
                               United States Attorney

                               */s/ Lee S. Bickley*
                               TODD A. PICKLES
                               LEE S. BICKLEY
                               Assistant United States Attorneys

                               For the UNITED STATES OF AMERICA


DATED: August 1, 2013          */s/ Lee S. Bickley for*
                               PATRICK HANLY, ESQ.

                               For defendant SVETLANA DUBINSKY


DATED: August 1, 2013          SUGARMAN & CANNON

                               */s/ Lee S. Bickley for*
                               CHRISTOPHER CANNON, ESQ.

                               For defendant SERGE DOUBINSKI


DATED: August 1, 2013          */s/ Lee S. Bickley for*
                               SCOTT CAMERON, ESQ.

                               For defendant ZINAYDA CHEKAYDA


# O R D E R

IT IS SO FOUND AND ORDERED.

Dated: August 1, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE